UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2010 APR -8 PM 3: 13
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| FOUR REAL PROPERTIES LOCATED AT ) 46336 SANDIA CREEK DRIVE, TEMECULA, ) CA 92590; 0 CARANCHO ROAD, TEMECULA,) CA 92590; 28603 BENDERWOOD COURT, ) SPRING, TX 77386 and/or PROCEEDS FROM ) ANY SALE THEREOF; 311 EAST CENTRE ) STREET, FREDERICKSBURG, TX 78624; ) and TWO CERTIFICATES OF DEPOSIT: ) SPACE CITY CREDIT UNION THREE YEAR ) CERTIFICATE OF DEPOSIT 0010001 IN THE ) APPROXIMATE AMOUNT OF $25,000.00 and ) SPACE CITY CREDIT UNION THREE YEAR ) CERTIFICATE OF DEPOSIT D 0010002 IN ) THE APPROXIMATE AMOUNT OF $77,700.00) ) Defendants. ) | CIVIL NO. 3:10-cv-0262 JUDGE_____ MAGISTRATE JUDGE GRIFFIN |

*Order — The motion is GRANTED.* [handwritten signature] 4-12-10

## MOTION TO UNSEAL

COMES NOW the Plaintiff, United States of America, by its attorneys, Edward M. Yarbrough, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, and moves this Court to unseal all documents related to this matter.

On March 18, 2010, Plaintiff filed a Motion To File Under Seal all documents related to this matter until the first service of process on any of the Defendant Property.

On March 19, 2010, the Complaint, Protective Order, and Writ of Entry was served on Defendant Property 28603 Benderwood Court, Spring, TX 77386.