UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL NO. 3:10cv0262 |
| ) | |
| FOUR REAL PROPERTIES, et al ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Re: Proceeds from sale of Benderwood ) | |

## ORDER OF FORFEITURE

Upon review of the Motion to Approve Settlement Agreement and for entry of an Order of Forfeiture, and it appearing that all matters between the United States and Danitha Ezell have been settled and compromised, and it appearing that a Default Judgment has been entered as to all or other persons or entities in regard to the proceeds of the April 30, 2010 sale of:

28603 Benderwood Court, Spring, Texas 77386, more specifically described as:

Lot Seven (7), in Block One (1), of BENDERS LANDING SECTION ONE (1), a subdivision in Montgomery County, Texas, according to map or plat thereof recorded in Cabinet P, Sheet 140, of the Map Records of Montgomery County, Texas

(hereinafter "Benderwood"), and it appearing that the net proceeds of the sale of Benderwood minus $11,000 (and interest accrued thereon) to be returned to Danitha Ezell is the remaining proceeds ("Defendant Property") from the April 30, 2010 sale of Benderwood, and the Court being fully advised in the premises;

**IT IS ORDERED, ADJUDGED AND DECREED** that the attached Settlement Agreement and Mutual Release ("Settlement Agreement") attached hereto as Exhibit 1 is hereby approved:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that $11,000 of the proceeds from the Interlocutory sale of Benderwood (and any interest accrued thereon) will be returned to Danitha Ezell;

**IT IS ORDERED, ADJUDGED AND DECREED** that there is a preponderance of the evidence for the forfeiture of the Defendant Property and that there is a substantial connection between the Defendant Property and the offenses as alleged in the Forfeiture Complaint;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant Property will be forfeited and deposited in the appropriate Asset Forfeiture fund for further disposal according to law;

The entry of this order shall serve as the final judgment in this action.

**IT IS SO ORDERED** on this, the 1st day of February, 2012.

William Joseph Haynes, Jr.
United States District Judge

2