UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 3:10CV0262 |
| v. | ) JUDGE HAYNES |
| FOUR REAL PROPERTIES, et al | ) |
| Defendants. | ) |

**MOTION FOR A STAY BECAUSE OF LAPSE OF APPROPRIATIONS**

*[Handwritten annotation: Based upon recent Act of Congress, this motion is DENIED as moot. /s/ 10-21-13]*

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. The undersigned was informed on October 7, 2013, that she was furloughed.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances. These include "emergencies involving the safety of human life or the protection of property," 31 U.S.C. § 1342, or when Department attorneys have express legal authority to continue working such as by court order. If the Court denies this motion for a stay, the United States Attorney's Office will comply with the Court's order and staff the case appropriately to comply with the Court's order.